

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 19-117(B)-ODW-20 |
| Steven Emmanuel Liraro DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **8/6/19**, at **10:00** ☒a.m. / ☐p.m. before the Honorable **J. Chooljian**, in Courtroom **750**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **8/2/19**

_____
U.S. District Judge/Magistrate Judge