# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR 19-00117-ODW-20 | | Date | March 29, 2021 |

**Present: The Honorable** OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

**Interpreter** Spanish Interpreter: Julie Drucker (in person)

| Sheila English | Chia Mei Jui-(in person) | Joanna M Curtis-(in person) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 20)-Steven Emmanuel Linares-(in person) | X | X | | 20)- Mark Steven Sedlander-(in person) | X | X | |

**Proceedings:** MOTION to Dismiss **[388]**; JOINDER[deft-#16] in NOTICE OF MOTION AND MOTION to Dismiss[**389**]

Case called, appearances made. Also present is Charles Diamond representing defendant # 16-Edwin Isaac Mendez, who filed a waiver of his presence for this hearing [393]. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel. The Court rules as follows:

-MOTION TO DISMISS [**388**]; joinder # 16-[**380**]- are DENIED.

Trial will resume as currently set on October 5, 2021 at 9:00 a.m.

|  | : | 28 |
|---|---|---|
|  | Initials of Deputy Clerk | se |